# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Case No. 6:15-cv-03265-MDH |
| ROOMS 4U, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

The parties are to show cause by April 15, 2016, why they have failed to file joint status reports with the Court as contained in the Court's Scheduling and Trial Order of October 19, 2015, (Doc. 18, Section C.2.)

**IT IS SO ORDERED.**

DATED: March 31, 2016

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**