UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**GUADALUPE ADAMS, Individually,**

        **Plaintiff,**

Case No. 6:15-cv-3265

**v.**

**ROOMS 4U, LLC**
**A Domestic Limited Liability Company**
        **Defendant**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, with the parties paying their own costs.

A proposed Order is submitted contemporaneously.

WHEREFORE, the parties request that this Court dismiss this action with prejudice, with the parties paying their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Pete M. Monismith | /s/ Robert R. Paulson, II |
| Pete M. Monismith PC | Robert R. Paulson II |
| 3945 Forbes Avenue | Missouri Bar #40243 |
| #175 | P.O. Box 6422 |
| Pittsburgh, PA 15213 | Branson, Missouri 65615 |
| 724-610-1881 | Phone: 417-335-2355 |
| Fax: 412-258-1309 | Fax: 417-335-2119 |
| Email: pete@monismithlaw.com | Email: bobpaulson58@gmail.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |